UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OLGA FEDOROVA,

                                      Plaintiff,                  **24 Civ. No. 9383 (VSB) (GS)**

      -against-

                                                                **PRE-SETTLEMENT**
INSIDER MEDIA GROUP,                                       **CONFERENCE ORDER**

                                      Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Friday, April 18, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 334 210 843#.**

      SO ORDERED.

DATED:    New York, New York
               April 9, 2025

                                                                    _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge